# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC79 | F5451545 | SERGJEFF | 6887 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 03/10/2024 1350 | 36 CFR 261.52(i) |

**Place of Offense:** BALLINGER OHV #1

**Offense Description: Factual Basis for Charge** HAZMAT ☐

OPERATING OR USING ANY INTERNAL OR EXTERNAL COMBUSTION ENGINE WITHOUT A SPARK ARRESTOR DEVICE PROPERLY INSTALLED, MAINTAINED IN WORKING ORDER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MULVEY | COLE | W |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 6S1A49 | CA | 24 | KTM | AC | VEL |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT →** www.cvb.uscourts.gov
$ 180.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time |
|---|---|---|
| TO BE NOTIFIED | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*F5451545*   FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **March 10, 2024** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

SEE ATTACHMENT

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/10/2024**    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident